GEORGE GISE, MARION GISE and THERESA GISE, Infants, by HANNAH KENNY, Their Guardian ad Litem, Appellants, v. THE BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN, Respondents.— In an action to recover damages for false arrest and imprisonment of the infant plaintiffs, judgment in favor of defendant and order denying plaintiffs' motion to vacate the judgment and for leave to submit findings of fact and conclusions of law unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.